IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>Arthur B. Gatewood,<br><br>　　Debtor<br><br>US Bank Trust National Association, as Trustee of the SCIG Series III Trust,<br><br>　　Movant,<br><br>　and<br><br>Arthur B. Gatewood,<br><br>　　Debtor. | Case No.  18-12556-BLS<br>(Chapter 13)<br><br><br><br>Docket Ref. Nos. 31, 33 and 40 |

**<u>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY</u>**

UPON the Notice of Default of U.S. Bank Trust National Association, as Trustee of the SCIG Series III Trust ("U.S. Bank Trust National Association") in order to enforce its state law rights interests against the property situated at 13 Printz Drive, Bear, DE 19701 (the "Property"), including the right to foreclose on the Property ;

Upon consideration of the Stipulation and Order; and having concluded that the relief requested in the Notice of Default is proper and that the notice provided by U.S. Bank Trust National Association of the default was sufficient; it is hereby

ORDERED that U.S. Bank Trust National Association is GRANTED relief from the automatic stay pursuant to section 362(d) of title 11 of the United States Code; and it is further

ORDERED that U.S. Bank Trust National Association is GRANTED relief from the Codebtor Stay as to Keisha L. May pursuant to section 1301(c) of title 11 of the United States Code; and it is further

ORDERED that U.S. Bank Trust National Association is hereby permitted to exercise its state law rights and remedies against the Property, including, but not limited to, the initiation and continuation of foreclosure proceedings; and it is further

ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are hereby waived as to U.S. Bank Trust National Association and SN Servicing Corporation's enforcement of their interests in the Property.

Date: July 15, 2020

BY THE COURT:

U.S. Bankruptcy Court Judge